IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


PHILLIP ALEXANDER STEED                                              PLAINTIFF


v.                              Civil No. 07- 5058


CORPORAL TOMLAN; JAIL
NURSE (IDENTIFIED AS HAVING
LONG BLACK HAIR); and the
BENTON COUNTY JAIL                                                   DEFENDANTS


## ORDER

Phillip Alexander Steed submitted this pro se action for filing. The clerk is directed to file

the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted.

The matter of service will be determined at a later time.

IT IS SO ORDERED this 28 day of March 2007.


_Marschewski_
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE



U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 0 3 2007

CHRIS R. JOHNSON, CLERK

BY
        DEPUTY CLERK



-1-


AO72A
(Rev. 8/82)

Dockets.Justia.com