IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PHILLIP ALEXANDER STEED                                                    PLAINTIFF

v.                          Civil No. 07- 5058

CORPORAL TOMLAN; JAIL
NURSE (IDENTIFIED AS HAVING
LONG BLACK HAIR); and the
BENTON COUNTY JAIL                                                         DEFENDANTS

### ORDER

Phillip Alexander Steed submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. The matter of service will be determined at a later time.

IT IS SO ORDERED this 28 day of March 2007.

/s/ Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 0 3 2007

CHRIS R. JOHNSON, CLERK
BY
        DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)