IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PHILLIP ALEXANDER STEED                                                    PLAINTIFF

v.                                   Case No.:  07-5058

CORPORAL TOMLIN; CAPTAIN
HUNTER PETRAY;
LORIE BIRD, Jail Nurse;                                                   DEFENDANTS

**ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before April 11, 2008. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 12th day of March 2008.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE